UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KENNETH LOVE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00185 |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Defendant CSX's Motion for Summary Judgment (Doc. No. 30) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE